ORIGINAL

Receipt 067298

FILED

OCT 30 2007

U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NUGATE GROUP, a California partnership and Service Disabled Veteran Owned Small Business<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | USCFC CASE NO. **07-755 C**<br><br>COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF; DECLARATION OF WILLIAM BRUCKNER<br><br>**( BID PROTEST)** |

1. The United States Court of Federal Claims has jurisdiction in this pre-award bid protest matter pursuant to 28 U.S.C. § 1491 (b). In accordance with USCFC General Rule No. 65, Plaintiff provided notice of this bid protest by facsimile to the Department of Justice on October 26, 2007, the Clerk of the USCFC on October 26, 2007, the Contracting Officer on October 26, 2007. *Attachment A*. Said notice was also sent via UPS to the DOJ, USCFC and the Contracting Officer on October 26, 2007, for delivery October 29, 2007.

2. Plaintiff NuGate Group ("NUGATE") is, and at all times herein mentioned was a partnership duly organized and existing under and by the laws of the state of California.

3. Defendant THE UNITED STATES OF AMERICA is, and at all times herein mentioned was, acting by and through the Department of the Veterans Affairs ("VA"), VA Palo Alto Health Care System, Monterey VA Clinic, Seaside, California which is, and at all times herein mentioned was, an agency of the United States.

4. On or about a date uncertain, the VA either issued a Solicitation or commenced negotiations requesting proposals for Hospital Housekeeping/Janitorial Services for VA Palo Alto Health Care System at VA clinics at Livermore, Menlo Park and Palo Alto, California (hereinafter the "SOLICITATION"). The SOLICITATION was not announced but is believed to have requested offers to commence services on or before November 1, 2007.

5. On or about September 19, 2007 NUGATE, a Service Disabled Veteran Owned

Small Business ("SDVOSB") requested the SOLICITATION be set aside for bidding by SDVOSB's. The VA responded by stating that the SOLICITATION was being set-aside under a sole source SBA 8(a) Program. *Attachment B.*

6. On or about October 16, 2007, NUGATE again requested that the VA competition restrict the SOLICITATION to small business concerns owned and controlled by SDVOSB's. *Attachment C.* In accordance with 38 U.S.C. § 8127(d) the SBA is required to competition restrict the award of a solicitation to small business concerns owned and controlled by service-disabled veterans if the VA a reasonable expectation that not less than 2 small business concerns owned and controlled by service-disabled veterans will submit offers. *Attachment D.*

7. On or about October 24, 2007 the VA responded that the SOLICITATION was going to be awarded under FAR 19.1404 and an informal agreement with the Small Business Administration with respect to the Small Business Administration 8(a) program. *Attachment E.*

8. On or about October 26, 2007 NUGATE advised the VA that under the mandatory requirements of 38 U.S.C. § 8127(d) the VA is required to competition restrict the award of a solicitation to small business concerns owned and controlled by service-disabled veterans if the VA a reasonable expectation that not less than 2 small business concerns owned and controlled by service-disabled veterans will submit offers. *Attachment F.* The exclusionary language of 48 C.F.R.19.1404 is unrelated to the rather specific guidance and mandatory language of 38 U.S.C. § 8127. *Attachment G.*

9. The VA has refused the request of NUGATE to competition restrict the SOLICITATION to bidding by only SDVOSB's although the statutory language of 38 U.S.C. § 8127. is clear, unequivocal and mandatory.

WHEREFORE PLAINTIFF RESPECTFULLY REQUESTS

THAT THIS COURT ISSUE A JUDGMENT:

1. Directing the VA with a Injunction to not issue a Notice to Proceed on the SOLICITATION pending a Judgment on NUGATE's Complaint;

2. In the alternative, if VA has already been issued a NTP, direct the VA to suspend all work on the SOLICITATION pending a Judgment on NUGATE's Complaint;
3. Direct the VA to competition restrict the SOLICITATION to bidding by only SDVOSB's
4. Ordering VA to pay NUGATE's costs and attorneys fees of this action; and
5. Granting such other and further relief as this Court may deem just and proper.

Dated: October 29, 2007

Respectfully submitted,

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Suite 209
San Diego, CA 92123
(858) 565-8300 Telephone
(858) 565-0813 Facsimile
bill@brucknerwalker.com

Attorneys for NuGate Group