ORIGINAL

RECEIVED
OCT 30 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet

07-755 C

Plaintiff(s) or Petitioner(s)
NUGATE GROUP, a California partnership and Service Disabled Veteran Owned Small Business

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): William L. Bruckner

Firm Name: Bruckner & Walker

Post Office Box: ______________________

Street Address: 4550 Kearny Villa Road, Suite 209

City-State-Zip: San Diego CA 92123

Telephone & Facsimile Numbers: 858-565-8300 Telephone 858-565-0813 Fax

Is the attorney of record admitted to the Court of Federal Claims Bar? X Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? XYes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 140
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: VA
See attached sheet for three-digit codes.

Amount Claimed: $__________
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐Yes X No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ 5,100,000.00
Is plaintiff a small business? X Yes ☐ No

Vaccine Case:
Date of Vaccination: ______________________

Related Cases:
Is this case directly related to any pending or previous case? ☐Yes XNo
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.