San Jose, CA 95113
Phone: 408-278-9900
Cell: 408-348-6574
Fax: 408-521-2522
Email: jamila@nugategroup.com

---

Subject: RE: Procurement Opportunities
Date: Mon, 24 Sep 2007 10:08:53 -0700
From: Sue.Broady@va.gov
To: jamila@nugategroup.com

This requirement is under the SBA 8(a) Program and will be set-aside for an 8(a) SDVOSB firm on a sole source basis..

Thank you for you interest.

*Sue J. Broady, Contracting Officer*
*VA Palo Alto Health Care System*
*Monterey VA Clinic, 3401 Engineer Lane, Room C124*
*Seaside, California 93955*
*Telephone: 831) 883-3800 ext 43685*
*FAX: (831) 883-3808 , Email: Sue.Broady@med.va.gov*

Confidentiality Note: This e-mail is only for the person or entity to which it is addressed, and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient(s) or for official VHA/VA business is prohibited. If you received this e-mail in error, please notify the sender by reply e-mail and destroy the original message and all copies.

---

**From:** jamilastanford@hotmail.com [mailto:jamilastanford@hotmail.com] **On Behalf Of** Jamila Stanford
**Sent:** Wednesday, September 19, 2007 2:45 PM
**To:** Broady, Sue J
**Subject:** Procurement Opportunities

Hello Ms. Broady,
NuGate Group is very interested pursing the custodial contract at the VA Palo Alto, Livermore, and Menlo Park sites.
We are a Service Disabled Veteran Owned, HUBZone certified small business with the ability to meet the experience criteria to perform services at these locations.
We would like an opportunity to meet with you to discuss this procurement opportunity or any other possible opportunities you may have at your earliest convenience.
We appreciate your response to this request.
Sincerely,

Jamila Stanford
jamila@nugategroup.com

Can you find the hidden words? Take a break and play Seekadoo! Play now!

Windows Live Hotmail and Microsoft Office Outlook – together at last. Get it now!