# BRUCKNER & WALKER

**ATTORNEYS**

William L. Bruckner, PE, DVBE
Charles F. Walker
Edward W. Freedman
Jessica J. Snyder
Brandon L. Timboe

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
bill@brucknerwalker.com

October 16, 2007

Sue Broady
Contracting Officer
VA Palo Alto Health Care System
Monterey VA Clinic
3401 Engineer Lane, Room C124
Seaside, CA 93955

Re: Hospital Housekeeping/Janitorial Services
for VA Palo Alto Health Care System
**38 U.S.C. 8127 (SDVOSB) Set-aside**

Dear Contracting Officer:

This law firm represents NuGate Group as such is authorized to communicate with you on their behalf. NuGate Group is a small business concern owned and controlled by a service-disabled veteran ("SDVOSB").

Pursuant to 38 U.S.C. § 8127(d) respectively request that the referenced solicitation be competition restricted to small business concerns owned and controlled by service-disabled veterans (SDVOSB). NuGate Group will submit offers in response to the solicitation.

In accordance with 38 U.S.C. § 8127(d) your agency is required to competition restrict the award of this solicitation to small business concerns owned and controlled by service-disabled veterans if you have a reasonable expectation that not less than 2 small business concerns owned and controlled by service-disabled veterans will submit offers. 38 U.S.C. § 8127(d) quite clearly requires that your office competition restrict the referenced Solicitation. 38 U.S.C. § 8127(d) states:

> **(d) Use of restricted competition.**--Except as provided in subsections (b) and (c), for purposes of meeting the goals under subsection (a), and in accordance with this section, a contracting officer of the Department shall award contracts on the basis of competition restricted to small business concerns owned and controlled by veterans if the contracting officer has a reasonable expectation that two or more small business concerns owned and controlled by veterans will submit offers and that the award can be made at a fair and reasonable price that offers best value to the United States.

Your office has the authority under 38 U.S.C. § 8127(d) to restrict competition of the referenced solicitation to SDVOSB's at any time in the solicitation process. NuGate Group requests that your agency comply with both the intent and requirements of the laws of the United States concerning service-disabled veteran business enterprises.

I have read your e-mail of September 24, 2007 to NuGate Group. Clearly you were aware that at least two SDVOSB's would submit bids in response to any solicitation for the referenced work. Please respond with the basis for your comment that this solicitation is to be set-aside for the 8(a) program.

The VA's policy letter of June 19, 2007 and 38 U.S.C.§ 8127 clearly state that all VA contracts are to be awarded to veterans. Your stated intent to award to an 8(A) firm is clearly outside the requirements of the policy letter and 38 U.S.C. § 8127.

If there is any misunderstanding on the part of your agency as to the obvious intent and requirements of 38 U.S.C. § 8127(d). please contact the undersigned.

Sincerely,
BRUCKNER & WALKER

William L. Bruckner
Attorneys for NuGate Group

TRANSMISSION VERIFICATION REPORT

TIME : 10/16/2007 05:00
NAME : BRUCKNER WALKER
FAX : 8585650813
TEL :
SER.# : BROA5J201688

| | |
|---|---|
| DATE,TIME | 10/16 04:59 |
| FAX NO./NAME | 4085212522 |
| DURATION | 00:00:40 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD ECM |

# BRUCKNER & WALKER

## ATTORNEYS

William L. Bruckner, PE, DVBE
Charles F. Walker
Edward W. Freedman
Jessica J. Snyder
Brandon L. Timboe

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
bill@brucknerwalker.com

October 16, 2007

Sue Broady
Contracting Officer
VA Palo Alto Health Care System
Monterey VA Clinic
3401 Engineer Lane, Room C124
Seaside, CA 93955

Re: Hospital Housekeeping/Janitorial Services
for VA Palo Alto Health Care System
**38 U.S.C. 8127 (SDVOSB) Set-aside**

Dear Contracting Officer:

This law firm represents NuGate Group as such is authorized to communicate with you on their behalf. NuGate Group is a small business concern owned and controlled by a service-disabled veteran ("SDVOSB").

Pursuant to 38 U.S.C. § 8127(d) respectively request that the referenced solicitation be competition restricted to small business concerns owned and controlled by service-disabled veterans (SDVOSB). NuGate Group will submit offers in response to the solicitation.

In accordance with 38 U.S.C. § 8127(d), your agency is required to competition restrict the

TRANSMISSION VERIFICATION REPORT

TIME : 10/16/2007 05:01
NAME : BRUCKNER WALKER
FAX : 8585650813
TEL :
SER.# : BROA5J201688

| | |
|---|---|
| DATE,TIME | 10/16 05:01 |
| FAX NO./NAME | 8318833808 |
| DURATION | 00:00:37 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD ECM |

# BRUCKNER & WALKER

## ATTORNEYS

William L. Bruckner, PE, DVBE
Charles F. Walker
Edward W. Freedman
Jessica J. Snyder
Brandon L. Timboe

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
bill@brucknerwalker.com

October 16, 2007

Sue Broady
Contracting Officer
VA Palo Alto Health Care System
Monterey VA Clinic
3401 Engineer Lane, Room C124
Seaside, CA 93955

Re: Hospital Housekeeping/Janitorial Services
for VA Palo Alto Health Care System
**38 U.S.C. 8127 (SDVOSB) Set-aside**

Dear Contracting Officer:

This law firm represents NuGate Group as such is authorized to communicate with you on their behalf. NuGate Group is a small business concern owned and controlled by a service-disabled veteran ("SDVOSB").

Pursuant to 38 U.S.C. § 8127(d) respectively request that the referenced solicitation be competition restricted to small business concerns owned and controlled by service-disabled veterans (SDVOSB). NuGate Group will submit offers in response to the solicitation.

In accordance with 38 U.S.C. § 8127(d) your agency is required to competition restrict the