# BRUCKNER & WALKER, LLP

**ATTORNEYS**

William L. Bruckner, PE, DVBE
Charles F. Walker
Edward W. Freedman
Jessica J. Snyder
Brandon L. Timboe

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
bill@brucknerwalker.com


October 26, 2007

Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
1100 L. Street, NW
Washington D.C. 20530

Clerk
United States Court of Federal Claims
717 Madison Place NW
Washington D.C. 20005

Department of the Veterans Affairs
VA Palo Alto Health Care System
Monterey VA Clinic
3401 Engineer Lane, Room C124
Seaside, California 93955
Attn: Sue Broady

VIA FACSIMILE AND OVERNIGHT MAIL

**RE: Notice of Bid Protest**
Janitorial/Housekeeping Services for
Veterans Affairs Palo Alto Health Care
System (Livermore, Menlo Park & Palo Alto)
("Solicitation")

Dear Sir/Ms:

In accordance with Appendix C of the RUSCFC, NuGate Group ("NUGATE") through its counsel, BRUCKNER & WALKER LLP, hereby gives notice of a post-award bid protest on the referenced Solicitation. NUGATE was notified by a Sue Broady of the Department of Veterans Affairs ("VA"), Palo Alto Health Care System of an intended award of the referenced Solicitation to an unspecified vendor by letter dated October 24, 2007.

NUGATE intends on filing a pre-award bid protest based upon the award of the Solicitation to an unknown vendor. NUGATE's bid protest is based on its contention that the VA did not comply with the mandatory requirements of 38 U.S.C. § 8127(d) and intends on awarding the referenced Solicitation without competition, announcing the availability of the Solicitation or announcing that the Solicitation would be awarded without competition.

NUGATE anticipates it's Complaint, Application for TRO/PI and supporting pleadings and documents will be filed with the USCFC on or about October 30, 2007.

The Contracting Officer responsible for the procurement is Sue Broady at (831) 883-3800 ext 43685. Ms. Broady's e-mail address is Sue.Broady@med.va.gov. NUGATE will request a temporary restraining order preventing the VA from proceeding with the procurement of the Janitorial/Housekeeping Services for Veterans Affairs Palo Alto Health Care System (Livermore, Menlo Park & Palo Alto)

At the present time no request for a protective order is contemplated.

Sincerely,

William L. Bruckner
BRUCKNER & WALKER
Attorneys for NuGate Group

TRANSMISSION VERIFICATION REPORT

TIME : 10/26/2007 05:14
NAME : BRUCKNER WALKER
FAX : 8585650813
TEL :
SER.# : BROA5J201688

| | |
|---|---|
| DATE,TIME | 10/26 05:14 |
| FAX NO./NAME | 14082736651 |
| DURATION | 00:00:33 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD ECM |


# BRUCKNER & WALKER, LLP

**ATTORNEYS**

William L. Bruckner, PE, DVBE
Charles F. Walker
Edward W. Freedman
Jessica J. Snyder
Brandon L. Timboe

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
bill@brucknerwalker.com


October 26, 2007

Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
1100 L. Street, NW
Washington D.C. 20530

Clerk
United States Court of Federal Claims
717 Madison Place NW
Washington D.C. 20005

Department of the Veterans Affairs
VA Palo Alto Health Care System
Monterey VA Clinic
3401 Engineer Lane, Room C124
Seaside, California 93955
Attn: Sue Broady

VIA FACSIMILE AND OVERNIGHT MAIL

**RE: Notice of Bid Protest**
Janitorial/Housekeeping Services for
Veterans Affairs Palo Alto Health Care
System (Livermore, Menlo Park & Palo Alto)
("Solicitation")

TRANSMISSION VERIFICATION REPORT

TIME : 10/26/2007 05:13
NAME : BRUCKNER WALKER
FAX : 8585650813
TEL :
SER.# : BROA5J201688

| | |
|---|---|
| DATE,TIME | 10/26 05:13 |
| FAX NO./NAME | 18318833808 |
| DURATION | 00:00:33 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD ECM |

# BRUCKNER & WALKER, LLP

## ATTORNEYS

William L. Bruckner, PE, DVBE
Charles F. Walker
Edward W. Freedman
Jessica J. Snyder
Brandon L. Timboe

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
bill@brucknerwalker.com

October 26, 2007

Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
1100 L. Street, NW
Washington D.C. 20530

Clerk
United States Court of Federal Claims
717 Madison Place NW
Washington D.C. 20005

Department of the Veterans Affairs
VA Palo Alto Health Care System
Monterey VA Clinic
3401 Engineer Lane, Room C124
Seaside, California 93955
Attn: Sue Broady

VIA FACSIMILE AND OVERNIGHT MAIL

**RE: Notice of Bid Protest**
Janitorial/Housekeeping Services for
Veterans Affairs Palo Alto Health Care
System (Livermore, Menlo Park & Palo Alto)
("Solicitation")

BROADCAST REPORT

TIME : 10/26/2007 05:18
NAME : BRUCKNER WALKER
FAX : 8585650813
TEL :
SER.# : BROA5J201688

| PAGE(S) | 02 |
|---|---|

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|---|---|---|---|---|---|---|
| 10/26 | 05:16 | 12023070972 | 35 | 02 | OK | ECM |
| 10/26 | 05:17 | 12023576401 | 34 | 02 | OK | ECM |

BUSY: BUSY/NO RESPONSE
NG : POOR LINE CONDITION
CV : COVERPAGE