DEPARTMENT OF VETERANS AFFAIRS
PALO ALTO HEALTH CARE SYSTEM
VETERANS AFFAIRS MONTEREY CLINIC
3401 ENGINEER LANE, ROOM C124
SEASIDE, CALIFORNIA 93955

October 24, 2007

In Reply Refer to: CCA (90)

Bruckner & Walker Attorneys
Attn: William L. Bruckner
4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Subject: Janitorial/Housekeeping Services for Veterans Affairs Palo Alto Health Care System (38 U.S.C. 8127 (SDVOSB) Set-Aside

Dear Mr. Bruckner,

This is concerning your letter dated October 16, 2007, which I received on October 23, 2007, regarding subject above on behalf of the NuGate Group.

This requirement is currently under the authority of the Small Business Administration 8(a) Program and has been for over five years. The Veterans Affairs (VA) received a formal request from the Small Business Administration (SBA) Representative to set-aside the subject requirement to an 8(a) participant, which is also a HUBZone, SDVOSB firm. This requirement will be awarded in accordance with the Partnership Agreement (PA) between the U.S. Small Business Administration (SBA) and the Department of Veterans Affairs Medical Center.

In accordance with Federal Acquisition Regulation (FAR) 19.1404, the SDVOSB does not apply to requirements currently being performed by an 8(a) participant or requirements SBA has accepted for performance under the authority of the 8(a) Program, unless SBA has consented to release the requirements from the 8(a) Program. For requirements that are currently under the SBA 8(a) Program the VA solicits for SDVOSB firms.

All new requirements which are not currently under the Small Business Administration 8(a) Program are 100% SDVOSB set-aside whenever possible. The SDVOSB set-aside is not used only after Market Research, Sources Sought Notices, etc. reveals no interest from SDVOSB firms.

Thank you for your interest in this requirement. If you have additional questions, please contact me at the address above or via email Sue.broady@va.gov.

Sincerely,

Sue J. Broady
Contracting Officer

DEPARTMENT OF VETERANS AFFAIRS
PALO ALTO HEALTH CARE SYSTEM
VETERANS AFFAIRS MONTEREY CLINIC
3401 ENGINEER LANE, ROOM C124
SEASIDE, CALIFORNIA 93955

October 24, 2007

In Reply Refer to: CCA (90)

Bruckner & Walker Attorneys
Attn: William L. Bruckner
4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Subject: Janitorial/Housekeeping Services for Veterans Affairs Palo Alto Health Care System (38 U.S.C. 8127 (SDVOSB) Set-Aside

Dear Mr. Bruckner,

This is concerning your letter dated October 16, 2007, which I received on October 23, 2007, regarding subject above on behalf of the NuGate Group.

This requirement is currently under the authority of the Small Business Administration 8(a) Program and has been for over five years. The Veterans Affairs (VA) received a formal request from the Small Business Administration (SBA) Representative to set-aside the subject requirement to an 8(a) participant, which is also a HUBZone, SDVOSB firm. This requirement will be awarded in accordance with the Partnership Agreement (PA) between the U.S. Small Business Administration (SBA) and the Department of Veterans Affairs Medical Center.

In accordance with Federal Acquisition Regulation (FAR) 19.1404, the SDVOSB does not apply to requirements currently being performed by an 8(a) participant or requirements SBA has accepted for performance under the authority of the 8(a) Program, unless SBA has consented to release the requirements from the 8(a) Program. For requirements that are currently under the SBA 8(a) Program the VA solicits for SDVOSB firms.

All new requirements which are not currently under the Small Business Administration 8(a) Program are 100% SDVOSB set-aside whenever possible. The SDVOSB set-aside is not used only after Market Research, Sources Sought Notices, etc. reveals no interest from SDVOSB firms.

Thank you for your interest in this requirement. If you have additional questions, please contact me at the address above or via email Sue.broady@va.gov.

Sincerely,

Sue J. Broady
Contracting Officer

**William Bruckner**

**From:** Broady, Sue J [Sue.Broady@va.gov]
**Sent:** Wednesday, October 24, 2007 10:20 AM
**To:** bill@brucknerwalker.com
**Subject:** Response to SDVOSB Set-Aside (NuGate Group)
**Importance:** High

Mr. Bruckner,

Attached is the response to your letter dated October 16, 2007, which I received on October 23, 2007, regarding subject above on behalf of the NuGate Group.

Sincerely,
*Sue J. Broady, Contracting Officer*
*VA Palo Alto Health Care System*
*Monterey VA Clinic, 3401 Engineer Lane, Room C124*
*Seaside, California 93955*
*Telephone: 831) 883-3800 ext 43685*
*Email: Sue.Broady@med.va.gov*

Confidentiality Note: This e-mail is only for the person or entity to which it is addressed, and may contain information that is privileged, confidential, or otherwise protected from disclosure. Dissemination, distribution, or copying of this e-mail or the information herein by anyone other than the intended recipient(s) or for official VHA/VA business is prohibited. If you received this e-mail in error, please notify the sender by reply e-mail and destroy the original message and all copies.