48 C.F.R. **19.1404**

Code of Federal Regulations Currentness
Title 48. Federal Acquisition Regulations System
Chapter 1. Federal Acquisition Regulation
Subchapter D. Socioeconomic Programs
Part 19. Small Business Programs (Refs & Annos)
Subpart 19.14 Service-Disabled Veteran-Owned Small Business Procurement Program (Refs & Annos)

**19.1404 Exclusions.**

This subpart does not apply to--

(a) Requirements that can be satisfied through award to--

(1) Federal Prison Industries, Inc. (see Subpart 8.6);

(2) Javits-Wagner-O'Day Act participating non-profit agencies for the blind or severely disabled (see Subpart 8.7);

(b) Orders under indefinite delivery contracts (see Subpart 16.5);

(c) Orders against Federal Supply Schedules (see Subpart 8.4); or

(d) Requirements currently being performed by an 8(a) participant or requirements SBA has accepted for performance under the authority of the 8(a) Program, unless SBA has consented to release the requirements from the 8(a) Program.

[70 FR 14955, March 23, 2005]

SOURCE: 48 FR 42240, Sept. 19, 1983; 50 FR 52429, Dec. 23, 1985; 54 FR 5054, Jan. 31, 1989; 68 FR 28079, May 22, 2003; 68 FR 43856, 43874, July 24, 2003; 68 FR 60004, Oct. 20, 2003; 69 FR 1053, Jan. 7, 2004; 69 FR 8313, Feb. 23, 2004; 69 FR 16149, March 26, 2004; 69 FR 25275, May 5, 2004; 69 FR 25278, May 5, 2004; 69 FR 59699, 59700, Oct. 5, 2004; 69 FR 76351, 76356, Dec. 20, 2004; 70 FR 11742, March 9, 2005; 70 FR 14954, March 23, 2005; 70 FR 33661, June 8, 2005; 70 FR 43582, July 27, 2005; 70 FR 57459, Sept. 30, 2005, unless otherwise noted.

AUTHORITY: 40 U.S.C. 121(c); 10 U.S.C. chapter 137; and 42 U.S.C. 2473(c).

48 C. F. R. **19.1404,** 48 CFR **19.1404**

Current through October 18, 2007; 72 FR 59146

Copr. © 2007 Thomson/West
END OF DOCUMENT

(C) 2007 Thomson/West. No Claim to Orig. US Gov. Works.