ORIGINAL

FILED
OCT 30 2007
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NUGATE GROUP, a California partnership and Service Disabled Veteran Owned Small Business<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | USCFC No. 07-755 C<br><br>DECLARATION OF WILLIAM L. BRUCKNER IN SUPPORT OF PLAINTIFF'S COMPLAINT AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

I, William Bruckner declare as follows:

I am an attorney licensed to practice before this Court, as well as all of the courts of the State of California. I am a partner at the law firm of Bruckner & Walker, attorneys for Plaintiff NuGate Group ("NUGATE"). The facts contained in this declaration are within my personal knowledge and if called as a witness I could and would competently testify thereto.

1. A true and correct copy of this law firm's Notice of Bid Protest letter is attached to A&D's Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment A.
2. A true and correct copy of NUGATE's September 19, 2007 e-mail to the VA and the VA's September 24, 2007 response is attached to NUGATE's Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment B.
3. A true and correct copy of this law firms letter of October 16, 2007 letter to the VA is attached to NUGATE's Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment C.

4. A true and correct copy of the 38 USCA § 8127 is attached to NUGATE's Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment D.

5. A true and correct copy of the VA's letter of October 24, 2007 is attached to NUGATE's Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment E.

6. A true and correct copy of this law firm's letter of October 26, 2007 is attached to NUGATE's Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment F.

7. A true and correct copy of 48 C.F.R. § 19.1404 is attached to NUGATE's Complaint and Application for Temporary Restraining Order and Preliminary Injunction and labeled Attachment G.

Dated: October 29, 2007

Respectfully submitted,

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Suite 209
San Diego, CA 92123
(858) 565-8300 Telephone
(858) 565-0813 Facsimile
bill@brucknerwalker.com

Attorneys for Plaintiff NuGate Group