UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NUGATE GROUP, a California partnership and Service Disabled Veteran Owned Small Business<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | USCFC No. 07-755C<br><br>DECLARATION OF RALPH NEAL IN SUPPORT OF PLAINTIFF'S COMPLAINT AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

I, Ralph Neal, declare as follows:

I am the President of Neal's Janitorial Service. The facts contained in this declaration are within my personal knowledge and if called as a witness I could and would competently testify thereto.

1. Neal's Janitorial Service currently has a CONTRACT with the Department of Veteran's Affairs for the Hospital Housekeeping/Janitorial Services for VA Palo Alto Health Care System at VA clinics at Livermore, Menlo Park and Palo Alto, California. The term of this CONTRACT ended on August 31, 2007.
2. In August, 2007 Ms. Sue Broady approached me and asked me to continue providing services under the CONTRACT for period of two months to allow her to work on a new Solicitation for the services NEAL's was providing. I agreed and anticipated that she would continue the CONTRACT for 6 months if that was what was needed. The term of the CONTRACT was extended until October 31, 2007.
3. NEAL's is ready, willing and able to continue performance of the CONTRACT for any period requested by the VA. NEAL's will ensure that the services required by Hospital Housekeeping/Janitorial Services for VA Palo Alto Health Care System at

VA clinics at Livermore, Menlo Park and Palo Alto, California will continue without interruption if so requested by Ms. Broady.

4. NEAL'S is ready, willing and able to continue the services required starting November 1, 2007 so that there is no interruption of service to any of the clinics in the VA Palo Alto Health Care System at VA clinics at Livermore, Menlo Park and Palo Alto, California

Dated: October 30, 2007

Respectfully submitted,

Ralph Neal
President
Neal's Janitorial Service
njs@nealsj.com