UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NUGATE GROUP, a California partnership and Service Disabled Veteran Owned Small Business<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | USCFC No. 07-755C<br><br>DECLARATION OF RALPH NEAL IN SUPPORT OF PLAINTIFF'S COMPLAINT AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>Judge Mary Ellen Coster Williams |

I, Ralph Neal, declare as follows:

I am the President of Neal's Janitorial Service. The facts contained in this declaration are within my personal knowledge and if called as a witness I could and would competently testify thereto.

1. Neal's Janitorial Service currently has a CONTRACT with the Department of Veteran's Affairs for the Hospital Housekeeping/Janitorial Services for VA Palo Alto Health Care System at VA clinics at Livermore, Menlo Park and Palo Alto, California. The extended term of this CONTRACT ended on October 31, 2007.
2. Should the VA offer me an extension to my current CONTRACT with the current scope of work I will perform at the current prices for up to 90 days. Attachment A to this Declaration is the Modification that extended the CONTRACT for 60 days.
3. NEAL'S is ready, willing and able to continue the services required by my current CONTRACT starting November 1, 2007 with absolutely no interruption of service to any of the clinics in the VA Palo Alto Health Care System at VA clinics at Livermore, Menlo Park and Palo Alto, California

Dated: October 31, 2007

Respectfully submitted,

Ralph Neal
President
Neal's Janitorial Service
njs@nealsj.com