IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NUGATE GROUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-755C |
| v. | ) | (Judge Williams) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David A. Harrington as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David A. Harrington
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/David A. Harrington
David A. Harrington
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 307-0277
Fax: (202) 307-0972
E-mail: David.Harrington@usdoj.gov

Dated: November 2, 2007

CERTIFICATE OF FILING

I hereby certify that on November 2, 2007 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/David A. Harrington