# In the United States Court of Federal Claims

**NOTICE**

**NUGATE GROUP**

**No. 07-755C**

**THE UNITED STATES**

**CLERK'S OFFICE**
**Washington, D.C., November 2, 2007**

To Attorney of Record, Assistant Attorney General and Judge Mary Ellen Coster Williams.

Please take notice that in the above cause there has been filed this day, on behalf of the parties,

Transcript of Proceedings (one volume) taken at Washington, DC on October 31, 2007.

Brian Bishop

Brian Bishop, Clerk