# In the United States Court of Federal Claims

**No. 07-755C**
**(Filed: November 5, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**NUGATE GROUP, a California partnership and Service Disabled Veteran Owned Small Business,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**DISMISSAL ORDER**

---

On November 5, 2007, the Court held a status conference with the parties. Counsel for Defendant represented that the Department of Veterans Affairs was taking corrective action in the form of resoliciting, in accordance with 38 U.S.C. § 8127, the hospital housekeeping/janitorial services requirement at issue in this case. In light of the corrective action, all parties agreed that this case should be dismissed without prejudice. Accordingly, the Clerk of the Court is directed to dismiss Plaintiff's complaint without prejudice.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**