# In the United States Court of Federal Claims

**No. 07-755 C**

**NUGATE GROUP, A CALIFORNIA PARTNERSHIP AND SERVICE DISABLED VETERAN OWNED SMALL BUSINESS,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Dismissal Order, filed November 5, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice.

Brian Bishop
Clerk of Court

**November 9, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.